IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

PATRICIA BASKIN                                                                                          PLAINTIFF

V.                                                                         CIVIL ACTION NO. 3:03CV223-SAA

CIRCLE B AUTO SALES, ET AL.                                                           DEFENDANTS

ORDER

This case comes before the court *sua sponte*. Review of the docket in this case reveals that there has been no activity in this case since the court issued a show cause order on February 16, 2006. The show cause order concerned the September 26, 2005, order requiring plaintiff to file her amended complaint within five days. Because the plaintiff never filed her amended complaint, the court ordered plaintiff to explain her noncompliance with the September 26, 2005, order. The February 15, 2006, order specifically stated that plaintiff's failure to apprise the court as to her reasons for not complying with the September 26, 2005, order may result in dismissal of this case pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Rule 41(b) of the Federal Rules of Civil Procedure provides that a case may be dismissed "[f]or failure of the plaintiff to prosecute or to comply with these rules or any order of court. . . ." Given the stagnant nature of this case, the court finds that this case should be dismissed pursuant to Rule 41(b).

ACCORDINGLY, IT IS ORDERED, that the plaintiff's claims against the defendants are hereby dismissed without prejudice.

THIS, the 27th of February, 2007.

/s/   S. ALLAN ALEXANDER
UNITED STATES MAGISTRATE JUDGE